IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMONTE CHAPMAN,

    Petitioner,                    No. CIV S-03-0501 GEB DAD P

    vs.

THOMAS CAREY, Warden, et al.,

    Respondents.              ORDER

_____/

        By order dated September 6, 2007, this petition for writ of habeas corpus was dismissed and judgment was entered accordingly. Petitioner did not file an appeal from the judgment. On November 8, 2007, petitioner filed a motion requesting that the court "reinstate" his case in order to allow him to request a stay so that he can exhaust additional claims in state court. Petitioner's motion will be denied. Any further documents filed after the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS ORDERED that petitioner's November 8, 2007 motion for reinstatement is denied.

DATED: November 26, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:chap501.dis