IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAMONTE CHAPMAN,

    Petitioner,                   2:03-cv-0501-GEB-DAD-P

    vs.

THOMAS CAREY, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 6, 2007, judgment was entered in this court denying the petition. On November 8, 2007, petitioner filed a motion requesting that the court "reinstate" his case in order to allow him to request a stay so that he could exhaust additional claims in state court. That motion was denied by order dated November 28, 2007. On December 10, 2007, petitioner filed a notice of appeal. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Federal Rule of Appellate Procedure 22(b) requires the district court judge who rendered a judgment denying such petition to "either issue a certificate of probable cause or state the reasons why such a certificate should not issue."

/////

1

1         The timely filing of a notice of appeal is a jurisdictional requirement. <u>Scott v. Younger</u>, 739 F.2d 1464, 1466 (9th Cir. 1984). Here, the time limit for filing a notice of appeal following entry of judgment is thirty days. <u>See</u> Fed. R. App. P. 4(a). Petitioner's notice of appeal in this action was filed more than thirty days after entry of judgment.

5         The United States Court of Appeals for the Ninth Circuit has held that the issuance of a certificate of probable cause cannot vest the court of appeals with jurisdiction if jurisdiction is not proper in that court. <u>Hayward v. Britt</u>, 572 F.2d 1324, 1325 (9th Cir. 1978). The rationale of <u>Hayward</u> applies with equal force to a certificate of appealability. For these reasons, the court declines to issue a certificate of appealability.

10         IT IS SO ORDERED.

Dated: January 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge